FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 29, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARTURO ALBA and GUADALUPE ALBA, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>PACKAGING CORPORATION OF AMERICA, et al.,<br><br>Defendants. | No. 4:22-CV-05162-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 29** |

Before the Court is the parties' Stipulated Motion to Dismiss. ECF No. 29. The parties stipulate and agree to dismiss all claims against all defendants. Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B) provide that a plaintiff may dismiss an action without court order by filing a stipulated motion to dismiss signed by all parties that have appeared. The instant stipulation is signed by counsel for all remaining parties and seeks dismissal without prejudice, without an award of fees or costs.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii), LCivR 41(a)(1)(B), and the parties' stipulation, all claims against and all defenses are **DISMISSED without prejudice**, without an award of fees or costs.

2. All pending hearings and deadlines, if any, are **STRICKEN**.

3. All pending motions, if any, are **DENIED as moot.**

**IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to counsel, and **CLOSE** the file.

DATED February 29, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2